## N. J. COIN et al. v. UNITED STATES of America.
### No. 4713.

Circuit Court of Appeals, Seventh Circuit.
April 9, 1935.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

Upon the filing of a consent to dismissal of this appeal by counsel for appellants, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. OCCIDENTAL LIFE INSURANCE COMPANY, Respondent.
### No. 7873.

Circuit Court of Appeals, Ninth Circuit.
May 22, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Thomas Watters, Jr., of Des Moines, Iowa, for respondent.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties that this cause abide the decision of the Supreme Court of the United States in the cause of Commissioner of Internal Revenue v. Inter-Mountain Life Insurance Company, and the decision of the Supreme Court in said cause appearing at 294 U. S. ——, 55 S. Ct. 572, 79 L. Ed. ——, now, on motion of counsel for petitioner, ordered judgment entered, reversing the order of the Board of Tax Appeals, and remanding this cause to said Board for further proceedings not inconsistent with the opinion of the Supreme Court of the United States in said cause of Commissioner of Internal Revenue v. Inter-Mountain Life Insur. Co.; mandate forthwith.

## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. SOUTHERN CALIFORNIA ROCK & GRAVEL CO., Respondent.
### No. 7851.

Circuit Court of Appeals, Ninth Circuit.
April 29, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, consented to by respondent, ordered petition to review dismissed; mandate forthwith.